IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30176
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE ESTRADA-AGUIRRE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 99-CR-3-ALL-B
--------------------
December 14, 2000

Before HIGGINBOTHAM, DUHÉ and WIENER, Circuit Judges.

PER CURIAM:[1]

Jose Estrada-Aguirre ("Estrada-Aguirre") was convicted of illegally reentering the United States following deportation, pursuant to 8 U.S.C. § 1326, and possessing a counterfeited alien registration card, pursuant to 18 U.S.C. § 1546(a). He appeals only his illegal reentry conviction. Estrada-Aguirre argues that insufficient evidence existed to support the conviction because the Government failed to present sufficient evidence of his alienage.

This court has reviewed the record and the briefs of the parties. It concludes that sufficient evidence existed to support Estrada-Aguirre's conviction. See United States v. Garcia, 995

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.2d 556, 561 (5th Cir. 1993).  The judgment of the district court is AFFIRMED.